# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1785
Lower Tribunal No. CF15-000925-XX

_____

CARL MCCAULEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

MIZE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Deana K. Marshall, of Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED